# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE LIPSCOMB,<br><br>             Plaintiff,<br><br>     v.<br><br>OLIVAS, *et al.*,<br><br>             Defendants. | Case No.  1:21-cv-01127-NONE-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE CLARIFYING HIS INTENT<br><br>(ECF No. 11)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Jessie Lipscomb ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 23, 2021, the Court screened Plaintiff's first amended complaint and issued findings and recommendations that the federal claims in this action be dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted and the Court decline to exercise supplemental jurisdiction over Plaintiff's purported state law claims.  (ECF No. 10.)  Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 10.)

On October 12, 2021, Plaintiff filed a "Motion to Withdrawal."  (ECF No. 11.)  Plaintiff states that based on the recommendations of the undersigned, Plaintiff has decided to withdraw the complaint.  (*Id.*)

///

1

Based on this filing, it is unclear to the Court whether Plaintiff intends to voluntarily dismiss this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), or whether Plaintiff merely has no objection to the Court's findings and recommendations.

Accordingly, within **twenty-one (21) days** from the date of service of this order, Plaintiff shall clarify, in writing, whether he intends to voluntarily dismiss this action, pursuant to Rule 41, or whether he merely has no objection to the Court's findings and recommendations.

IT IS SO ORDERED.

Dated: __**October 12, 2021**__          /s/ *Barbara A. McAuliffe* _
                                                              UNITED STATES MAGISTRATE JUDGE